# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:14cr54 |
| | § | (Judge Schell) |
| MARLO DETRICK HOLLIE | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on May 12, 2014 to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Jay Combs.

On May 17, 2004, Defendant was sentenced by the Honorable Sam A. Lindsey to eight (8) months' custody followed by five (5) years of supervised release for the offense of Armed Bank Robbery and Aiding and Abetting (Count One). Defendant was also sentenced to eighty-four (84) months' custody for the offense of Use and Brandish a Firearm During a Crime of Violence and Aiding and Abetting (Count Two). On June 17, 2010, Defendant completed his period of imprisonment and began service of his supervised term. On March 18, 2014, jurisdiction in this case was transferred to the Eastern District of Texas.

On March 28, 2014, the U.S. Probation Officer executed a Petition for Warrant for Offender Under Supervision. The petition asserted that Defendant violated one mandatory and one standard condition.

Prior to the Government putting on its case, Defendant entered a plea of true to all of the allegations. The Court recommends that Defendant's supervised release be revoked.

## RECOMMENDATION

The Court recommends that the District Judge revoke Defendant's supervised release. Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months with no supervised release to follow. It is also recommended that Defendant be housed in the El Reno unit.

After the Court announced the recommended sentence, Defendant executed the consent to revocation of supervised release and waiver of right to be present and speak at sentencing. Defendant and the Government also waived their right to file objections.

**SIGNED this 14th day of May, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE